UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x

RIENZI WINE IMPORTS, LLC

                *Plaintiff*

    vs.                                            Civil Case No. 10-4744 (ARR) (MDG)

VALLEY FORGE INSURANCE COMPANY,

                *Defendant*

-------------------------------------------------------x

## STIPULATION OF DISMISSAL

**THIS MATTER** having been amicably resolved by and between all parties hereto, it is hereby stipulated and agreed that the above-captioned Action is dismissed with prejudice and without costs.

| **BOCHETTO & LENTZ, P.C.** | **COLLIAU ELENIUS MURPHY CARLUCCIO KEENER & MORROW** |
|---|---|
| *(signed)* Albert M. Belmont III | *(signed)* Marian A. H. (9644) |
| Gavin P. Lentz, Esquire | Marian S. Hertz, Esq. |
| Albert M. Belmont, III, Esquire | 40 Wall Street, 7th Floor |
| 1524 Locust Street | New York, NY 10005 |
| Philadelphia, Pennsylvania 19102 | (212) 440-2743 |
| (215) 735-3900 | (212) 440-2749 (facsimile) |
| (215) 735-2455 (facsimile) | Marian.Hertz@cna.com |
| glentz@bochettoandlentz.com | *Attorneys for Defendant* |
| abelmont@bochettoandlentz.com | *Valley Forge Insurance Company* |
| *Attorneys for Plaintiff,* | |
| *Rienzi Wine Imports, LLC* | |
| Dated: March 14, 2011 | Dated: March 11, 2011 |